UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY BROOKS,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT FOX, et al.,<br><br>        Defendants. | No. 2:17-cv-1587-JAM-EFB P<br><br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a sixty-day extension of time to file his objections to the May 16, 2018 findings and recommendations.

    Plaintiff's request (ECF No. 8) is granted and plaintiff has 60 days from the date this order is served to file his objections. Given the length of the extension granted herein, the court is not inclined to further extend the time.

    So ordered.

Dated: May 31, 2018.

                          EDMUND F. BRENNAN<br>                          UNITED STATES MAGISTRATE JUDGE